USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2024

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

MEGAN E. FAY,

        Plaintiff,

v.

MARY BARBERA,
THEODORE BROVARSKI, and
COUNTY OF ROCKLAND,

        Defendants.
------------------------------------------------------------------------------- x

Case No.: 7:23-cv-08455-NSR

### DEFENDANTS' NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) AND MOTION TO STAY DISCOVERY PURSUANT TO FED. R. CIV. P. 26(c)

    Defendants, by and through their attorneys, Lippes Mathias LLP, hereby move this Court for an Order dismissing the Causes of Action and Prayer for Relief, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6) and staying discovery pending the resolution of Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 26(c). This Motion is based upon the accompanying Declaration of Amy Habib Rittling, Esq. and Memorandum of Law. Please be advised that Defendants intend to file a Reply to any Response submitted by Plaintiff.

    WHEREFORE, Defendants respectfully request that this Court grant their Motion and dismiss the aforementioned Causes of Action with prejudice, and stay discovery pending the resolution of Defendants' motion to dismiss, together with any other and further relief this Court deems necessary and proper.

Dated:	January 17, 2024

Respectfully submitted,

**LIPPES MATHIAS LLP**

*/s Amy Habib. Rittling*
Amy Habib Rittling, Esq.
*Attorney for Defendants*
*Mary Barbera,*
*Theodore Brovarski, and*
*County of Rockland*
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
P: 716-853-5100
F: 716-853-5199
E: ahabibrittling@lippes.com

**Defendants' motion is DENIED without prejudice to renew. Defendants are directed to the Court's Memorandum Endorsement dated December 4, 2023, located at ECF No. 22. All papers are to be filed on the reply date, March 18, 2024. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 23.**
**Dated: January 18, 2024**
        **White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE